No. 00–95. STONE v. AUTOLIV ASP, INC. C. A. 10th Cir. Certiorari denied.

No. 00–96. GREGORY v. CINCINNATI INC. ET AL. Ct. App. Mich. Certiorari denied.

No. 00–98. BICKFORD ET AL. v. ANCHORAGE SCHOOL DISTRICT BOARD OF EDUCATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–99. IN RE MICHIGAN HIGH SCHOOL ATHLETIC ASSN. ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–100. SMITH v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 00–102. ADAMS v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 00–103. DORWART v. SICKING ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 00–104. CUSTOM FOOD MACHINERY, INC., ET AL. v. TERESA DE SARACHO ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–105. CUELLAR v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00–106. DICKERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–107. SILVERMAN v. OREGON. Ct. App. Ore. Certiorari denied.

No. 00–108. LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT v. DOWELL ET AL. Ct. App. La., 2d Cir. Certiorari denied.

No. 00–109. LEONARD v. NORTHWEST AIRLINES, INC. Ct. App. Minn. Certiorari denied.

No. 00–114. KALLEMBACH v. ZEUSKE ET AL. C. A. 8th Cir. Certiorari denied.